# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOSTON HEART DIAGNOSTICS CORPORATION, )
)
Plaintiff(s), )
)
vs. )
MD LABS, INC., )
)
Defendant(s). )

Case # 3:18-cv-00006

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Wayne F. Dennison___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Brown Rudnick LLP___
(firm name)

with offices at ___One Financial Center___,
(street address)

___Boston___, ___Massachusetts___, ___02111___,
(city)        (state)           (zip code)

___617-856-8247___, ___wdennison@brownrudnick.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Boston Heart Diagnostics Corporation___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___12/17/1991___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Massachusetts__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Massachusetts | 11/5/1993 | 8115618 |
| Eastern District of New York | 8/22/2008 | wd8512 |
| Western District of New York | 5/1992 | N/A |
| US Court of Appeals First Circuit | 10/6/1993 | 26794 |
| US Court of Appeals Second Circuit | 5/23/2008 | N/A |
| US Court of Appeals Fourth Circuit | 7/29/2016 | N/A |
| Commonwealth of Massachusetts | 12/17/1991 | 8115618 |
| State of New York | 3/2/1992 | 2468437 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Massachusetts Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | Denied |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

4  STATE OF Massachusetts     )
5  COUNTY OF   Suffolk        )

7    Wayne F. Dennison  , Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

_____
Petitioner's signature

10  Subscribed and sworn to before me this

11  13th day of February , 2018 .

   Jennifer J. Knott
   _____
   Notary Public or Clerk of Court

   JENNIFER J. KNOTT
   Notary Public
   Commonwealth of Massachusetts
   My Commission Expires February 15, 2024

16  DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
    THE BAR OF THIS COURT AND CONSENT THERETO.

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18  believes it to be in the best interests of the client(s) to designate   L. Edward Humphrey, Esq.  ,
                                                                            (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20  above-entitled Court as associate resident counsel in this action. The address and email address of
21  said designated Nevada counsel is:

23     Humphrey Law PLLC, 140 Washington Street, Suite 210    ,
                          (street address)
24     Reno           ,     Nevada        ,    89503    ,
25     (city)              (state)            (zip code)
26    775-420-3500     ,   ed@hlawnv.com    .
   (area code + telephone number)   (Email address)

28                          4                            Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____L. Edward Humphrey, Esq._____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Christopher Tomasivich, CFO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9066                           ed@hlawnv.com
Bar number                     Email address

APPROVED:
Dated: this __23__ day of __February__, 20__18__

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1991**, said Court being the highest Court of Record in said Commonwealth:

**Wayne F. Dennison**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **February** in the year of our Lord **two thousand and eighteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Wayne Frederick Dennison

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 25th day of February, 1992, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 14th day of February, 2018.

Robert D. Mayberger

Clerk