L. Edward Humphrey, Esq. (Nevada Bar No. 9066)
**HUMPHREY LAW PLLC**
140 Washington Street, Suite 210
Reno, Nevada 89503
Tel: 775.420.3500
Fax: 775.683-9917
ed@hlawnv.com

Wayne F. Dennison (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel: 617.856.8200
Fax: 617.289.0438
wdennison@brownrudnick.com

*Attorneys for Boston Heart Diagnostics Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOSTON HEART DIAGNOSTICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MD LABS, INC.<br><br>Defendant. | Case No.: 3:18-cv-00006<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, undersigned Plaintiff and Defendant hereby submit the following stipulation and proposed order extending the deadline for Plaintiff Boston Heart Diagnostics Corporation ("Plaintiff") to file a Response to *Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and Memorandum in Support*, filed February 20, 2018. *See* ECF No. 24 ("Motion to Dismiss"). Pursuant to this Stipulation, Defendant's counsel has agreed

that Plaintiff shall have up to and including March 13, 2018 to file its Response.

The following is stated in support of this Stipulation:

1. On February 20, 2018, Defendant filed *Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and Memorandum in Support*. *See* ECF No. 24 (the "<u>Motion to Dismiss</u>").

2. The current deadline for Plaintiff to file a response to the Motion to Dismiss is March 6, 2018.

3. Before filing this Stipulation, counsel for Plaintiff contacted counsel for Defendant by e-mail on March 5, 2018 and requested a short extension until March 13, 2018 to file the Response to the Motion to Dismiss. Defendant's counsel agreed to this requested extension.

4. Based on the above, the undersigned Parties have agreed the deadline for Plaintiff's Response to Defendant's Motion to Dismiss may be extended until March 13, 2018.

5. No schedule has been set in this matter, and therefore this extension will not interfere with any scheduled dates.

Undersigned counsel for Plaintiff respectfully submits good cause exists and requests the Court grant the requested extension.

WHEREFORE, Plaintiff and Defendant request entry of an Order granting an extension for Plaintiff to file its Response to Defendant's Motion to Dismiss until and including March 13, 2018.

/ / /

2

DATED: July 6, 2016

| HUMPHREY LAW PLLC | PERKINS COIE LLP |
|---|---|
| By: /s/ *L. Edward Humphrey*<br>L. Edward Humphrey, Esq.<br>140 WASHINGTON STREET, SUITE 210<br>RENO, NEVADA 89503<br>Tel:   775.420.3500<br>Fax:  775.683.9917<br>ed@hlawnv.com | By: /s/ *Daniel T. Shvodian*<br>Daniel T. Shvodian, Esq.<br>3150 Porter Drive<br>PALO ALTO, CA 94304<br>Tel:   650.838.4413<br>Fax:  650.838.4350<br>DShvodian@perkinscoie.com |
| -And- | -And- |
| Wayne F. Dennison (BBO #558879)<br>(admitted *pro hac vice*)<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, MA  02111<br>Telephone: 617.856.8200<br>Facsimile: 617.289.0438<br>E-mail: wdennison@brownrudnick.com | Robert W. DeLong<br>Parsons Behle & Latimer<br>50 W. Liberty Street<br>Suite 750<br>Reno, NV 89501<br>775-323-1601<br>Fax: 775-348-7250<br>Email: rdelong@parsonsbehle.com |
| *Attorneys for Boston Heart Diagnostics Corporation* | *Attorneys for MD Labs, Inc.* |

**IT IS SO ORDERED:**

_____

DATED: March 9, 2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and 5(d), I certify under penalty of perjury that I am an attorney at Humphrey Law PLLC, 140 Washington Street, Suite 210, Reno, Nevada 89503, and that on March 6, 2018, I served the foregoing documents described below:

- **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS,** filed March 6, 2018.

I served the above-named document(s) by the following means to the persons as listed below:

☒ **ECF System,** to all those persons registered with the Court's CM/ECF system in this case.

☒ **United States mail, First-Class, postage fully prepaid**, deposited for mailing at Reno, Nevada, upon all those persons listed below:

Daniel T Shvodian
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94340-1212

Robert W. Delong
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: March 6, 2018.

**HUMPHREY LAW PLLC**

By: /s/ *Caroline Carter*
Caroline Carter, Paralegal

62974405 v1
62974405 v2