L. Edward Humphrey, Esq. (Nevada Bar No. 9066)
**HUMPHREY LAW PLLC**
140 Washington Street, Suite 210
Reno, Nevada 89503
Tel:   775.420.3500
Fax:   775.683.9917
ed@hlawnv.com

Wayne F. Dennison (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel:   617.856.8200
Fax:   617.289.0438
wdennison@brownrudnick.com

*Attorneys for Boston Heart Diagnostics Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOSTON HEART DIAGNOSTICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MD LABS, INC.<br><br>Defendant. | Case No.: 3:18-cv-00006<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, undersigned Plaintiff and Defendant hereby submit the following stipulation and proposed order extending the deadline for Plaintiff Boston Heart Diagnostics Corporation ("Plaintiff") to file a Response to *Defendant's Motion to Dismiss First Amended Complaint Under Fed. R. Civ. P. 12(b)(6) and Memorandum in Support*, filed March 27, 2018. *See* ECF No. 37 ("Motion to Dismiss"). Pursuant to this Stipulation, Defendant's counsel has agreed that Plaintiff shall have up to and including April 17, 2018 to file its

1

Response.

The following is stated in support of this Stipulation:

1. On March 27, 2018, Defendant filed its Motion to Dismiss. ECF No. 37.

2. The current deadline for Plaintiff to file a response to the Motion to Dismiss is April 10, 2018.

3. The undersigned Parties have agreed the deadline for Plaintiff's Response to Defendant's Motion to Dismiss shall be extended until April 17, 2018.

4. This extension will not interfere with or delay the oral argument set for May 22, 2018 on this matter, because briefing will still be completed four weeks in advance of that hearing date. *See* ECF No. 39.

5. Additionally, no schedule has been set in this matter, and therefore this extension will not interfere with any scheduled dates.

Undersigned counsel for Plaintiff respectfully submits good cause exists and requests the Court grant the requested extension.

WHEREFORE, Plaintiff and Defendant request entry of an Order granting an extension for Plaintiff to file its Response to Defendant's Motion to Dismiss until and including April 17, 2018.

DATED: April 9, 2018

| **HUMPHREY LAW PLLC** | **PERKINS COIE LLP** |
|---|---|
| By: /s/ *L. Edward Humphrey* | By: /s/ *Daniel T. Shvodian* |
| L. Edward Humphrey, Esq. | Daniel T. Shvodian, Esq. |
| 140 WASHINGTON STREET, SUITE 210 | 3150 Porter Drive |
| RENO, NEVADA 89503 | PALO ALTO, CA 94304 |
| Tel:   775.420.3500 | Tel:   650.838.4413 |
| Fax:  775.683.9917 | Fax:  650.838.4350 |
| ed@hlawnv.com | DShvodian@perkinscoie.com |

| | |
|---|---|
| -And- | -And- |
| Wayne F. Dennison (BBO #558879)<br>(admitted *pro hac vice*)<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, MA 02111<br>Telephone: 617.856.8200<br>Facsimile: 617.289.0438<br>E-mail: wdennison@brownrudnick.com<br><br>*Attorneys for Boston Heart Diagnostics Corporation* | Michael R. Kealy<br>Ashley C. Nikkel<br>Parsons Behle & Latimer<br>50 W. Liberty Street<br>Suite 750<br>Reno, NV 89501<br>775-323-1601<br>Fax: 775-348-7250<br>Email: mkealy@parsonsbehle.com<br>　　　anikkel@parsonsbehle.com<br><br>*Attorneys for MD Labs, Inc.* |

**IT IS SO ORDERED:**

_____

DATED: _____ April 16, 2018.