L. Edward Humphrey, Esq. (Nevada Bar No. 9066)
**HUMPHREY LAW PLLC**
140 Washington Street, Suite 210
Reno, Nevada 89503
Tel:    775.420.3500
Fax:    775.683.9917
ed@hlawnv.com

Wayne F. Dennison (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Tel:    617.856.8200
Fax:    617.289.0438
wdennison@brownrudnick.com

*Attorneys for Boston Heart Diagnostics Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON HEART DIAGNOSTICS CORPORATION, | Case No.: 3:18-cv-00006 |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| MD LABS, INC. | |
| Defendant. | |

      Plaintiff Boston Heart Diagnostics Corporation ("BHDX") and Defendant MD Labs, Inc. ("MD Labs," together with BHDX, the "Parties"), through their counsel, hereby stipulate, subject to the approval of the Court, to the following:

      1.     The Parties agree and stipulate that the above-captioned action, *Boston Heart Diagnostics Corporation v. MD Labs, Inc.*, No. 3:18-cv-0006, which alleges infringement of

1

U.S. Patent No. 8,455,194 against MD Labs (the "Action"), is hereby dismissed with prejudice.

2. The Parties agree and stipulate that MD Labs has not asserted any counterclaims in the Action and will not be precluded in any future litigation from challenging the infringement, validity, or enforceability of U.S. Patent No. 8,455,194 and, further, that BHDX will not be precluded from asserting any defenses thereto.

3. The Parties further agree and stipulate that each party shall bear its own attorneys' fees and costs incurred in, or in connection with, the Action.

**IT IS SO STIPULATED.**

DATED: April 17, 2018

| HUMPHREY LAW PLLC | PERKINS COIE LLP |
|---|---|
| By: /s/ *L. Edward Humphrey* <br> L. Edward Humphrey, Esq. <br> 140 WASHINGTON STREET, SUITE 210 <br> RENO, NEVADA 89503 <br> Tel:  775.420.3500 <br> Fax:  775.683.9917 <br> ed@hlawnv.com <br><br> -And- <br><br> Wayne F. Dennison (BBO #558879) <br> (admitted *pro hac vice*) <br> **BROWN RUDNICK LLP** <br> One Financial Center <br> Boston, MA  02111 <br> Telephone: 617.856.8200 <br> Facsimile: 617.289.0438 <br> E-mail: wdennison@brownrudnick.com <br><br> *Attorneys for Boston Heart Diagnostics Corporation* | By: /s/ *Daniel T. Shvodian* <br> Daniel T. Shvodian, Esq. <br> 3150 Porter Drive <br> PALO ALTO, CA 94304 <br> Tel:    650.838.4413 <br> Fax:   650.838.4350 <br> DShvodian@perkinscoie.com <br><br> -And- <br><br> Michael R. Kealy <br> Ashley C. Nikkel <br> Parsons Behle & Latimer <br> 50 W. Liberty Street <br> Suite 750 <br> Reno, NV 89501 <br> 775-323-1601 <br> Fax: 775-348-7250 <br> Email: mkealy@parsonsbehle.com <br>        anikkel@parsonsbehle.com <br><br> *Attorneys for MD Labs, Inc.* |

**IT IS SO ORDERED:**

_____

DATED: April 18, 2018

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and 5(d), I certify under penalty of perjury that I am an attorney at Humphrey Law PLLC, 140 Washington Street, Suite 210, Reno, Nevada 89503, and that on April 17, 2018, I served the foregoing documents described below:

- **STIPULATION TO DISMISS WITH PREJUDICE** filed April 17, 2018.

I served the above-named document(s) by the following means to the persons as listed below:

☒ **ECF System,** to all those persons registered with the Court's CM/ECF system in this case.

☐ **United States mail, First-Class, postage fully prepaid**, deposited for mailing at Reno, Nevada, upon all those persons listed below:

Daniel T Shvodian
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94340-1212

Michael R. Kealy
Ashley C. Nikkel
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: April 17, 2018.

**HUMPHREY LAW PLLC**

By: /s/ L. Edward Humphrey
　　 L. Edward Humphrey, Esq.

62999849 v1
63001245 v3